IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 1:12-bk-05337-RNO
    PERRY L. SMITH :
    TRACY E. McLAIN : CHAPTER 13
     :

## CERTIFICATE OF SERVICE

I, Joanne M. Bartley, with the firm of Cunningham, Chernicoff & Warshawsky, P.C., hereby certify that on August 19, 2016, a true and correct copy of the Scheduling Order Regarding Debtor's Motion to Approve Sale of Real Property Free and Clear of All Liens, Claims, Encumbrance s and Other Interests was served by electronic means and/or first-class mail, postage prepaid on the following interested parties or parties requesting notice under Rule 2002

**SEE ATTACHED LIST**

                                      CUNNINGHAM, CHERNICOFF
                                      & WARSHAWSKY, P.C.


                                      By: /s/ Joanne M. Bartley
                                          Joanne M. Bartley

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036-8625

84 LUMBER COMPANY
P.O. BOX 365
EIGHTY FOUR, PA 15330-0365

ABRAHAM LAW OFFICES, LLC
45 EAST MAIN STREET
HUMMELSTOWN, PA 17036-1616

AIRGAS EAST INC
27 NORTHWESTERN DRIVE
SALEM, NH 03079-4809

ALPHA CONSULTING ENGINEERS INC
115 LIMEKILN ROAD
P.O. BOX G
NEW CUMBERLAND, PA 17070-0196

ALTSCHUL & ALTSCHUL
18 EAST 12TH STREET
NEW YORK, NY 10003-4458

ARS CONTRACTORS, INC.
D/B/A INNERSPACE FLOOR
17627 VIRGINIA AVE
HAGERSTOWN, MD 21740-7838

ASSOCIATED PRODUCTS SERVICES
P.O. BOX 231
MECHANICSBURG, PA 17055-0231

ATRADIUS COLLECTIONS INC.
1200 ARLINGTON HEIGHTS RD
SUITE 410
ITASCA, IL 60143-3109

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANNER LIFE INSURANCE CO
3275 BENNETT CREEK AVE
FREDERICK, MD 21704-7608

BECKLEY & MADDEN
P.O. BOX 11998
HARRISBURG, PA 17108-1998

BLADES & ROSEFELD PA
20 SOUTH CHARLES STREET
SUITE 1200
BALTIMORE, MD 21201-3221

BOGER CONCRETE
202 N. RAILROAD STREET
ANNVILLE, PA 17003-1424

BOGER CONCRETE CO.
201 IRON VALLEY DRIVE
LEBANON, PA 17042-8812

BORTEK INDUSTRIES INC
4713 OLD GETTYSBURG RD
MECHANICSBURG, PA 17055

BUREAU OF BUSINESS TRUST FUND TAXES
P.O. BOX 280904
HARRISBURG, PA 17128-0904

BUZGON DAVIS LAW OFFICES
P.O. BOX 49
525 SOUTH EIGHTH STREET
LEBANON, PA 17042-6715

Bass and Associates PC
3936 East Ft Lowell Road, Suite 200
Tucson, AZ 85712-1083

Kimberly A Bonner
Manley Deas Kochalski, LLC
PO Box 165028
Columbus, OH 43216-5028

C2C RESOURCES LLC
56 PERIMETER CENTER EAST
ATLANTA, GA 30346-2296

CAINE & WEINER
1699 EAST WOODFIELD ROAD
SCHAUMBURG, IL 60173-4935

CAP1/BSTBY
P.O. BOX 5253
CAROL STREAM, IL 60197-5253

CAPEHART SCATCHARD
8000 MIDLANTIC DRIVE
SUITE 300 SOUTH
MOUNT LAUREL, NJ 08054-1543

CAPITOL DOOR AND HARDWARE CO, INC.
774 CORPORATE CIRCLE
NEW CUMBERLAND, PA 17070-2349

CENTIMARK
P.O. BOX 360093
PITTSBURGH, PA 15251-6093

CENTRAL PENN DRYWALL INC.
P.O. BOX 5270
HARRISBURG, PA 17110-0270

CHASE BANK USA, NA
P.O. BOX 15298
WILMINGTON, DE 19850-5298

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CLAIR E. DANIELS
D/B/A KEY PAINTING & DECORATIN
100 WEST SECOND STREET
HUMMELSTOWN, PA 17036-1502

| | | |
|---|---|---|
| COHEN, SEGIAS, PALLAS, GREENHA<br>240 NORTH THIRD STREET<br>7TH FLOOR<br>HARRISBURG, PA 17101-1503 | COMMERCIAL SERVICES GROUP, INC<br>204 E. MARKET STREET<br>LOUISVILLE, KY 40202-1218 | COZZENS CONSTRUCTION COMPANY, INC.<br>97 SKIPJACK ROAD<br>SUITE 3<br>PRINCE FREDERICK, MD 20678-3423 |
| CPR ELECTRIC & ALARM CO.<br>C/O PETRON ASSOCIATES LLC<br>P.O. BOX 5598<br>NEWARK, DE 19714-5598 | CT CORPORATION<br>P.O. BOX 4349<br>CAROL STREAM, IL 60197-4349 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712-1083 |
| eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 | Cumberland County Tax Bureau<br>21 Waterford Drive<br>Suite 201<br>Mechanicsburg, PA 17050-8268 | Cumberland County Tax Claim Bureau<br>One Courthouse Square<br>Rm 106<br>Carlisle, PA 17013-3339 |
| eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712<br>eCAST Settlement Corporation<br>c/o Bass & Associates, P.C 85712-1083 | D&S, LTD<br>13809 RESEARCH BLVD<br>SUITE 800<br>AUSTIN, TX 78750-1211 | DAL, INC.<br>C/O GRAYBAR ELECTRIC CO, INC.<br>300 EAST MADISON AVE<br>CLIFTON HEIGHTS, PA 19018-2622 |
| DAUPHIN ELECTRIC<br>PO BOX 2206<br>HARRISBURG, PA 17105 | DAVIDSON BUSINESS CENTER<br>800-D BEATY STREET<br>DAVIDSON, NC 28036-6924 | DE LAGE LANDEN FINANCIAL SRVCS<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101-1602 |
| DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>DEPARTMENT 280946<br>HARRISBURG, PA 17128-0496 | DRAPERIES PLUS<br>P.O. BOX 541<br>NEW CUMBERLAND, PA 17070-0541 | Steven M Williams<br>Cohen Seglias Pallas Greenhall & Furman<br>240 North Third Street<br>7th Floor<br>Harrisburg, PA 17101-1503 |
| EAST PENNSBORO TOWNSHIP<br>98 SOUTH ENOLA DRIVE<br>ENOLA, PA 17025-2796 | ECAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>Mary Vanatta, Admin. Assistant<br>3936 E Ft. Lowell Rd Ste 200<br>Tucson, AZ 85712-1083 | ENGINUITY, LLC<br>203 LYNDALE COURT<br>MECHANICSBURG, PA 17050-2893 |
| EUGENE PEPINSKY, ESQ.<br>KEEFER, WOOD, ALLEN & RAHAL<br>210 WALNUT ST, PO BOX 11963<br>HARRISBURG, PA 17108-1963 | F&M DESIGNS INC.<br>7412 DERRY STREET<br>HARRISBURG, PA 17111-5228 | FACILITIES PLANNERS + ARCHITECTS, I<br>4201 EAST PARK CIRCLE<br>HARRISBURG, PA 17111-2806 |
| FEDEX<br>P.O. BOX 371461<br>PITTSBURGH, PA 15250-7461 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | FORD MOTOR CREDIT<br>P.O. BOX 17948<br>GREENVILLE, SC 29606-8948 |
| FROMM ELECTRIC SUPPLY<br>2101 CENTRE AVE<br>READING, PA 19605-2872 | Facilities Planners + Architects<br>4201 East Park Circle<br>Harrisburg, PA 17111-2806 | GB COLLECTS, LLC<br>145 BRADFORD DRIVE<br>W. BERLIN, NJ 08091-9269 |

| | | |
|---|---|---|
| GE Capital Retail Bank<br>Attn: Ramesh Singh<br>Recovery Management Sys Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | GR MONN ELECTRIC<br>1108 DARTHMOUTH ROAD<br>HUMMELSTOWN, PA 17036-9359 | GREENBERG, GRANT & RICHARDS<br>P.O. BOX 571811<br>HOUSTON, TX 77257-1811 |
| Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Steven C Gould<br>Office of Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 | H.L. BOWMAN, INC.<br>2259 WOODLAWN STREET<br>HARRISBURG, PA 17104-2753 |
| HAMILTON & MUSSER, PC<br>176 CUMBERLAND PARKWAY<br>MECHANICSBURG, PA 17055-5682 | HARRISBURG GLASS, LLC<br>P.O. BOX 3250<br>SHIREMANSTOWN, PA 17011-3250 | HEALTH ASSURANCE PA INC<br>P.O. BOX 67103<br>HARRISBURG, PA 17106-7103 |
| HERSHOCKS INC.<br>3501 N. 6TH STREET<br>HARRISBURG, PA 17110-1425 | HOOVER ENGINEERING SERVICES INC.<br>658 GAUMER ROAD<br>SUITE 100<br>NEW CUMBERLAND, PA 17070-2876 | HYNUM LAW<br>2608 N. THIRD STREET<br>HARRISBURG, PA 17110-2003 |
| INGERSOLL RAND<br>CUSTOMER CENTER<br>95 WILLOW SPRINGS CIRCLE<br>YORK, PA 17406-8428 | INGERSOLL RAND<br>INDUSTRIAL TECHOLOGIES<br>15768 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693-0157 | WW Grainger, INc.<br>ATTN: Special Collections Dept.<br>WW Grainger Inc.<br>MES178839964798<br>7300 N Melvina<br>Niles IL 60714-3906 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERSTATE WASTE SERVICES<br>P.O. BOX 553916<br>DETROIT, MI 48255-3916 | J&J MATERIAL HANDLING SYSTEM<br>1820 Franklin Street<br>Columbia, PA 17512-2050 |
| JAMES SMITH DIETTERICK & CONNE<br>P.O. BOX 650<br>HERSHEY, PA 17033-0650 | JOHNSON, MORGAN & WHITE<br>6800 BROKEN SOUND PARKWAY<br>BOCA RATON, FL 33487-5709 | WOOLFORD LAW, PC.<br>941 WHEATLAND AVE<br>SUITE 402<br>LANCASTER, PA 17603-3180 |
| KELLY SYSTEMS, INC.<br>1441 STONERIDGE DRIVE<br>MIDDLETOWN, PA 17057-5977 | KOCH & KOCH<br>P.O. BOX 8514<br>READING, PA 19603-8514 | KODAK LAW OFFICES PC<br>P.O. BOX 11848<br>HARRISBURG, PA 17108-1848 |
| KONECRANES INC.<br>P.O. BOX 641807<br>PITTSBURGH, PA 15264-1807 | LINK-BELT CONSTRUCTION EQUIPMENT<br>7096 CARLISLE PIKE<br>CARLISLE, PA 17015-8899 | LSI GRAPHIC SOLUTIONS PLUS<br>811 PARK EAST DRIVE<br>WOODSOCKET, RI 02895-6112 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | M. GLOSSER & SONS, INC.<br>72 MESSENGER STREET<br>JOHNSTOWN, PA 15902-2189 | MACKS RESTAURANT, INC.<br>4189 MOUNTAIN ROAD<br>PASADENA, MD 21122-4455 |

| | | |
|---|---|---|
| MAKENNA KALI AND ASSOCIATES<br>6115 E. GRANT ROAD<br>TUCSON, AZ 85712-5828 | MARC ROBERTS, ESQUIRE<br>149 EAST MARKET STREET<br>YORK, PA 17401-1221 | (p)MARTIN LIMESTONE INC<br>PO BOX 550<br>BLUE BALL PA 17506-0550 |
| MCGIVNEY & KLUGER PC<br>191 WOODPORT ROAD<br>SUITE 210B<br>SPARTA, NJ 07871-2645 | MEF COMMERCIAL SERVICES<br>4330 CARLISLE PIKE<br>CAMP HILL, PA 17011-4127 | MICHAEL ROMAN, SR DEPUTY<br>OFFICE OF ATTORNEY GENERAL<br>FINANCIAL ENFORCEMENT SECTION<br>HARRISBURG, PA 17120-0001 |
| MONARCH RECOVERY MANAGEMENT, INC.<br>10965 DECATUR ROAD<br>PHILADELPHIA, PA 19154-3210 | MORRIS & ADELMAN, PC<br>1920 CHESTNUT STREET<br>SUITE 300<br>PHILADELPHIA, PA 19103-4620 | Main Street Acquisition Corp assignee of CHA<br>BANK USA N A<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 |
| WEST SHORE TAX BUREAU<br>3607 ROSEMONT AVENUE<br>CAMP HILL, PA 17011-6943 | WHOLESALE COLLECTORS ASSOC<br>P.O. BOX 48146<br>NILES, IL 60714 | NATIONAL RECOVERY AGENCY<br>2491 PAXTON STREET<br>HARRISBURG, PA 17111-1036 |
| NATIONWIDE RECOVERY SYSTEMS<br>2304 TARPLEY DRIVE #134<br>CARROLLTON, TX 75006-2470 | NAUMAN SMITH<br>P.O. BOX 840<br>HARRISBURG, PA 17108-0840 | NCO FINANCIAL SYSTEMS INC<br>PO BOX 15630<br>DEPT 15<br>WILMINGTON, DE 19850-5630 |
| NCO FINANCIAL SYSTEMS, INC.<br>507 PRUDENTIAL ROAD<br>HORSHAM, PA 19044-2368 | OVERHEAD DOOR<br>576 GRANDVIEW DRIVE<br>LEWISBERRY, PA 17339-9212 | PA DEPARTMENT OF REVENUE<br>DEPARTMENT 280946<br>ATTN BANKRUPTCY DIVISION<br>HARRISBURG, PA 17128-0946 |
| PA Department of Revenue<br>Office of Attorney General<br>15th Floor - Strawberry Square<br>Harrisburg, PA 17120-0001 | PARAMOUNT CONTRACTING, INC.<br>219 WITMER ROAD<br>LANCASTER, PA 17602-1167 | PERRY COUNTY TAX CLAIM BUR<br>P.O. BOX 63<br>NEW BLOOMFIELD, PA 17068-0063 |
| PPL ELECTRIC UTILITIES<br>827 HAUSMAN ROAD<br>ALLENTOWN, PA 18104-9392 | PRINT O STAT<br>5040 LOUISE DRIVE<br>SUITE 110<br>MECHANICSBURG, PA 17055-4897 | PRINT-O-STAT, INC.<br>P.O. BOX 15055<br>YORK, PA 17405-7055 |
| PUCIN, FRIEDLAND & LESTAK, PC<br>1699 E. WOODFIELD ROAD<br>SUITE 360A<br>SCHAUMBURG, IL 60173-4935 | Pennsylvania Department Of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Perry County Tax Claim<br>25 W Main Street<br>PO Box 37<br>New Bloomfield PA 17068-0037 |
| QUALITY DIGITAL OFFICE<br>2699 S QUEEN STREET<br>YORK, PA 17402-4953 | R.F. FAGER CO<br>2058 STATE ROAD<br>CAMP HILL, PA 17011-5926 | RANDY PAUL & ASSOCIATES, INC.<br>3738 PETERS MOUNTAIN ROAD<br>HALIFAX, PA 17032-9038 |

RAUDENBUSH ENGINEERING, INC.
28 SOUTH UNION STREET
MIDDLETOWN, PA 17057

REAGER & ADLER, PC
2331 MARKET STREET
CAMP HILL, PA 17011-4640

REASSURANCE AMERICA LIFE INSURANCE
P.O. BOX 305153
NASHVILLE, TN 37230-5153

RECEIVABLE MANAGEMENT CORP
400 WEST CUMMINGS PARK
SUITE 4450
WOBURN, MA 01801-6594

RECOVERY ONE
C/O RECOVERY ONE
P.O. BOX 20404
COLUMBUS, OH 43220-0404

RHOADS & SINON LLP
P.O. BOX 1146
HARRISBURG, PA 17108-1146

RICHARD E. KRALL, INC.
P.O. BOX 59
ROSSVILLE, PA 17358-0059

RICHMOND NORTH ASSOCIATES, INC
P.O. BOX 963
4232 RIDGE LEA ROAD
AMHERST, NY 14226-1095

RMS
PO BOX 509
RICHFIELD, OH 44286-0509

RMS
PO BOX 523
RICHFIELD, OH 44286-0523

ROSS GELFAND, LLC
P.O. BOX 1870
ROSWELL, GA 30077-1870

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

W.W. GRAINGER, INC.
4320 LEWIS ROAD
HARRISBURG, PA 17111-2538

SCHAEDLER YESCO DISTRIBUTION
PO BOX 4990
HARRISBURG, PA 17111-0990

SEATING CONSULTANTS, INC.
323 PIERCE STREET NE
MINNEAPOLIS, MN 55413-2511

SECRETARY OF THE TREASURY
15TH AND PENN AVENUES NW
WASHINGTON, DC 20220-0001

SECURITY FENCE COMPANY
P.O. BOX 395
RED LION, PA 17356-0395

SERVICE SUPPLY CORP
7141 PAXTON STREET
HARRISBURG, PA 17111-5125

SHANK DOOR COMPANY
P.O. BOX 338
MYERSTOWN, PA 17067-0338

SIRLIN GALLOGLY & LESSER
123 SOUTH BROAD STREET
SUITE 2100
PHILADELPHIA, PA 19109-1042

SOLOMON AND SOLOMON
P.O. BOX 2060
SOUTHGATE, MI 48195-4060

VISUAL GRAPHIC SYSTEMS, INC.
ALTSCHUL & ALTSCHUL
18 EAST 12TH STREET #1A
NEW YORK, NY 10003-4459

Richard W. Stewart
Johnson, Duffie, Stewart and Weidner
301 Market Street
PO Box 109
Lemoyne, PA 17043-0109

TECHNICAL AIRFLOW INC.
75 STATE RT 23 N
HAMBURG, NJ 07419-1408

TESTING SERVICES, INC.
1844 SWATARA STREET
HARRISBURG, PA 17104-1255

TIOGA COUNTY TAX CLAIM BUREAU
TIOGA COUNTY COURTHOUSE
118 MAIN STREET
WELLSBORO, PA 16901-1461

TRANSWORLD SYSTEM
980 HARVEST DRIVE #202
BLUE BELL, PA 19422-1955

TRANSWORLD SYSTEMS
2235 Mercury Way #225
SANTA ROSA, CA 95407-5443

TRANSWORLD SYSTEMS INC.
9525 SWEET VALLEY DRIVE
VALLEY VIEW, OH 44125-4237

TRANSWORLD SYSTEMS INC.
980 HARVEST DRIVE
# 202
BLUE BELL, PA 19422-1955

| | | |
|---|---|---|
| TRANSWORLD SYSTEMS, INC.<br>P.O. BOX 15618<br>DEPT 938<br>WILMINGTON, DE 19850-5618 | TREVDAN BUILDING SUPPLY<br>7940 GRAYSON ROAD<br>HARRISBURG, PA 17111-5418 | U.S. FINANCIAL LIFE<br>P.O. BOX 4763<br>SYRACUSE, NY 13221-4763 |
| (p)UGI UTILITIES INC<br>ATTN CREDIT & COLLECTIONS<br>P O BOX 13009<br>READING PA 19612-3009 | UNITED RENTALS<br>6125 LAKEVIEW ROAD<br>SUITE 300<br>CHARLOTTE, NC 28269-2616 | UNITED STATES ATTORNEY<br>HARRISBURG FEDERAL BUILDING<br>P.O. BOX 11754<br>HARRISBURG, PA 17108-1754 |
| UNUM<br>2211 CONGRESS STREET<br>PORTLAND, ME 04122-0001 | US BANCORP<br>BUSINESS EQUIPMENT FINANCE GRP<br>1310 MADRID STREET<br>MARSHALL, MN 56258-4001 | US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | VALLEY SUPPLY, INC<br>700 INDEPENDENCE AVE<br>MECHANICSBURG, PA 17055-6064 | VALLEY VIEW MASONRY, INC.<br>8199 MOUNTAIN ROAD<br>HARRISBURG, PA 17112-8717 |
| (p)VERICORE LLC<br>10115 KINCEY AVENUE<br>SUITE 100<br>HUNTERSVILLE NC 28078-6482 | VERIZON WIRELESS<br>2401 MALL DRIVE<br>NORTH CHARLESTON, SC 29406-6516 | VISUAL GRAPHIC SYSTEMS, INC.<br>330 WASHINGTON AVE<br>CARLSTADT, NJ 07072-2806 |
| Lake George School District<br>381 Canada Street<br>Lake George, NY 12845 | Washington County Tax Claim Bureau<br>383 Broadway<br>Fort Edward, NY 12828 | Town of Fort Ann<br>80 George Street<br>Fort Ann, NY 12827 |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Perry L. Smith  
Tracy E. McLain  
**Debtor(s)**

Chapter: 13

Case number: 1:12–bk–05337–RNO

Document Number: 166

Matter: Motion for Sale Free and Clear of Liens

Tracy E. McLain  
**Movant(s)**

vs.

Town of Fort Ann,  
Washington County Tax Claim Bureau, Lake George School District  
**Respondent(s)**

### Order

   Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above–referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001–6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

   **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 21, 2016<br>Time: 10:00 AM |
|---|---|

Dated: August 19, 2016

By the Court,

*(signature)*

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: PRadginsk, Deputy Clerk

Initial requests for a continuance of hearing ( *L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and

should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.