```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 12-05337-RNO
Perry L. Smith                                                      Chapter 13
Tracy E. McLain
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRadginsk          Page 1 of 1          Date Rcvd: Sep 19, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.
              +Davies & Davies Real Estate Associates LLC,   7 Cleverdale Road,   PO Box 201,
                Cleaverdale, NY 12820-0201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    First National Bank amps@manleydeas.com
              Richard W. Stewart    on behalf of Creditor    Cumberland County Tax Claim Bureau rws@jdsw.com,
               baf@jdsw.com
              Robert E Chernicoff    on behalf of Joint Debtor Tracy E. McLain rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor Perry L. Smith rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Steven C Gould    on behalf of Creditor    PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              Steven M Williams    on behalf of Creditor    Facilities Planners + Architects
               swilliams@cohenseglias.com,  azortman@cohenseglias.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : NO. 1:12-bk-05337-RNO
PERRY L. SMITH :
TRACY E. McLAIN : CHAPTER 13
:

## ORDER APPROVING EMPLOYMENT OF
## A REAL ESTATE BROKER

The Application of Tracy E. McLain, the above-named Debtor, praying for approval of her engagement of Davies-Davies & Associates Real Estate, LLC as real estate broker with respect to the sale of real property, having come this day before the Court, and it appearing that Davies-Davies & Associates Real Estate, LLC is a licensed real estate broker qualified to cause sales for real estate to be entered into in the State of New York, and it appearing that the engagement of Davies-Davies & Associates Real Estate, LLC as a real estate broker with respect to the real estate of the Debtor is necessary and would be in the best interest of the estate, it is

**HEREBY ORDERED** that the engagement by Tracy E. McLain of Davies-Davies & Associates Real Estate, LLC, as real estate broker, with respect to the sale of the real property, upon the terms and conditions of the Listing Agreement entered into by the Debtor and by Davies-Davies & Associates Real Estate, LLC, is approved, subject to the provisions of 11 U.S.C. §330 and Rule 2016 of the Rules of Bankruptcy Procedure, and subject to further review upon the filing of a Motion to Sell by the Debtor.

Dated: September 19, 2016

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(PJR)

* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in any amount from the estate. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3d 567 (3rd Cir. 1997).