Certificate Number: 14912-PAM-DE-031507931

Bankruptcy Case Number: 12-05337



14912-PAM-DE-031507931

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 22, 2018</u>, at <u>8:40</u> o'clock <u>AM EDT</u>, <u>Perry Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 22, 2018</u>　　　By: <u>/s/Jai Bhatt</u>

　　　　　　　　　　　　　　　　Name: <u>Jai Bhatt</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>