```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                   Case No. 12-05337-RNO
Perry L. Smith                                                           Chapter 13
Tracy E. McLain
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: LyndseyPr              Page 1 of 4              Date Rcvd: Aug 24, 2018
                               Form ID: 3180W               Total Noticed: 156


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db/jdb         +Perry L. Smith,   Tracy E. McLain,    1011 Oak Hill Road,   Lewisberry, PA 17339-9416
cr             +Cumberland County Tax Claim Bureau,    One Courthouse Square,   Rm 106,
                 Carlisle, PA 17013-3339
cr             +PA Department of Revenue,   Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
4246156        +ABRAHAM LAW OFFICES, LLC,   45 EAST MAIN STREET,   HUMMELSTOWN, PA 17036-1616
4246158        +ALPHA CONSULTING ENGINEERS INC,   115 LIMEKILN ROAD,   P.O. BOX G,
                 NEW CUMBERLAND, PA 17070-0196
4246160        +ARS CONTRACTORS, INC.,   D/B/A INNERSPACE FLOOR,   17627 VIRGINIA AVE,
                 HAGERSTOWN, MD 21740-7838
4246161        +ASSOCIATED PRODUCTS SERVICES,   P.O. BOX 231,   MECHANICSBURG, PA 17055-0231
4246164        +BANNER LIFE INSURANCE CO,   3275 BENNETT CREEK AVE,   FREDERICK, MD 21704-7608
4246165        +BECKLEY & MADDEN,   P.O. BOX 11998,   HARRISBURG, PA 17108-1998
4246166        +BLADES & ROSEFELD PA,   20 SOUTH CHARLES STREET,   SUITE 1200,   BALTIMORE, MD 21201-3221
4246167        +BOGER CONCRETE,   202 N. RAILROAD STREET,   ANNVILLE, PA 17003-1424
4246168        +BOGER CONCRETE CO.,   201 IRON VALLEY DRIVE,   LEBANON, PA 17042-8812
4246169         BORTEK INDUSTRIES INC,   4713 OLD GETTYSBURG RD,   MECHANICSBURG, PA 17055
4246170         BUREAU OF BUSINESS TRUST FUND TAXES,    P.O. BOX 280904,   HARRISBURG, PA 17128-0904
4246171        +BUZGON DAVIS LAW OFFICES,   P.O. BOX 49,   525 SOUTH EIGHTH STREET,   LEBANON, PA 17042-6715
4246172        +C2C RESOURCES LLC,   56 PERIMETER CENTER EAST,   ATLANTA, GA 30346-2296
4246173        +CAINE & WEINER,   1699 EAST WOODFIELD RD,   SCHAUMBURG, IL 60173-4935
4246175        +CAPEHART SCATCHARD,   8000 MIDLANTIC DRIVE,   SUITE 300 SOUTH,   MOUNT LAUREL, NJ 08054-1543
4246176        +CAPITOL DOOR AND HARDWARE CO, INC.,    774 CORPORATE CIRCLE,   NEW CUMBERLAND, PA 17070-2349
4246177         CENTIMARK,   P.O. BOX 360093,   PITTSBURGH, PA 15251-6093
4246178         CENTRAL PENN DRYWALL INC.,   P.O. BOX 5270,   HARRISBURG, PA 17110-0270
4246180       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: CITI CARDS,   541 SID MARTIN ROAD,   GRAY, TN 37615)
4246181        +CLAIR E. DANIELS,   D/B/A KEY PAINTING & DECORATIN,   100 WEST SECOND STREET,
                 HUMMELSTOWN, PA 17036-1502
4246182        +COHEN, SEGIAS, PALLAS, GREENHA,   240 NORTH THIRD STREET,   7TH FLOOR,
                 HARRISBURG, PA 17101-1503
4246183        +COMMERCIAL SERVICES GROUP, INC,   204 E. MARKET STREET,   LOUISVILLE, KY 40202-1218
4246184        +COZZENS CONSTRUCTION COMPANY, INC.,   97 SKIPJACK ROAD,   SUITE 3,
                 PRINCE FREDERICK, MD 20678-3423
4246185         CPR ELECTRIC & ALARM CO.,   C/O PETRON ASSOCIATES LLC,   P.O. BOX 5598,
                 NEWARK, DE 19714-5598
4259508        +Cumberland County Tax Bureau,   21 Waterford Drive,   Suite 201,   Mechanicsburg, PA 17050-8268
4380425        +Cumberland County Tax Claim Bureau,   c/o Keith O. Brenneman, Esquire,   One Courthouse Square,
                 Carlisle PA 17013-3339
4246187        +D&S, LTD,   13809 RESEARCH BLVD,   SUITE 800,   AUSTIN, TX 78750-1211
4246188        +DAL, INC.,   C/O GRAYBAR ELECTRIC CO, INC.,   300 EAST MADISON AVE,
                 CLIFTON HEIGHTS, PA 19018-2622
4246189         DAUPHIN ELECTRIC,   PO BOX 2206,   HARRISBURG, PA 17105
4246190        +DAVIDSON BUSINESS CENTER,   800-D BEATY STREET,   DAVIDSON, NC 28036-6924
4246191         DE LAGE LANDEN FINANCIAL SRVCS,   P.O. BOX 41602,   PHILADELPHIA, PA 19101-1602
4246193        +DRAPERIES PLUS,   P.O. BOX 541,   NEW CUMBERLAND, PA 17070-0541
4246194        +EAST PENNSBORO TOWNSHIP,   98 SOUTH ENOLA DRIVE,   ENOLA, PA 17025-2796
4246195        +ENGINUITY, LLC,   203 LYNDALE COURT,   MECHANICSBURG, PA 17050-2893
4246196         EUGENE PEPINSKY, ESQ.,   KEEFER, WOOD, ALLEN & RAHAL,   210 WALNUT ST, PO BOX 11963,
                 HARRISBURG, PA 17108-1963
4246197        +F&M DESIGNS INC.,   7412 DERRY STREET,   HARRISBURG, PA 17111-5228
4246198        +FACILITIES PLANNERS + ARCHITECTS, I,   4201 EAST PARK CIRCLE,   HARRISBURG, PA 17111-2806
4246199         FEDEX,   P.O. BOX 371461,   PITTSBURGH, PA 15250-7461
4187328         FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
4246201        +FROMM ELECTRIC SUPPLY,   2101 CENTRE AVE,   READING, PA 19605-2872
4245083        +Facilities Planners + Architects,   4201 East Park Circle,   Harrisburg,PA 17111-2806
4246203        +GR MONN ELECTRIC,   1108 DARTHMOUTH ROAD,   HUMMELSTOWN, PA 17036-9359
4246204         GREENBERG, GRANT & RICHARDS,   P.O. BOX 571811,   HOUSTON, TX 77257-1811
4246206        +H.L. BOWMAN, INC.,   2259 WOODLAWN STREET,   HARRISBURG, PA 17104-2753
4246207        +HAMILTON & MUSSER, PC,   176 CUMBERLAND PARKWAY,   MECHANICSBURG, PA 17055-5682
4246208        +HARRISBURG GLASS, LLC,   P.O. BOX 3250,   SHIREMANSTOWN, PA 17011-3250
4246209         HEALTH ASSURANCE PA INC,   P.O. BOX 67103,   HARRISBURG, PA 17106-7103
4246210        +HERSHOCKS INC.,   3501 N. 6TH STREET,   HARRISBURG, PA 17110-1425
4246211        +HOOVER ENGINEERING SERVICES INC.,   658 GAUMER ROAD,   SUITE 100,
                 NEW CUMBERLAND, PA 17070-2876
4246212        +HYNUM LAW,   2608 N. THIRD STREET,   HARRISBURG, PA 17110-2003
4246213        +INGERSOLL RAND,   INDUSTRIAL TECHOLOGIES,   15768 COLLECTIONS CENTER DR,
                 CHICAGO, IL 60693-0157
4246214        +INGERSOLL RAND,   CUSTOMER CENTER,   95 WILLOW SPRINGS CIRCLE,   YORK, PA 17406-8428
4246215        +INNERSPACE FLOOR TO CEILING,   C/O HYNUM LAW,   2608 NORTH 3RD STREET,
                 HARRISBURG, PA 17110-2003
4246216         INTERSTATE WASTE SERVICES,   P.O. BOX 553916,   DETROIT, MI 48255-3916
4246217         J&J MATERIAL HANDLING SYSTEM,   1820 Franklin Street,   Columbia, PA 17512-2050
```

```
4246218        +JOHNSON, MORGAN & WHITE,    6800 BROKEN SOUND PARKWAY,    BOCA RATON, FL 33487-5709
4180443         KEEFER WOOD ALLEN & RAHAL, LLP,    EUGENE E. PEPINSKY, JR.,    P.O. BOX 11963,
                 HARRISBURG, PA 17108-1963
4246220        +KOCH & KOCH,    P.O. BOX 8514,    READING, PA 19603-8514
4246221         KODAK LAW OFFICES PC,    P.O. BOX 11848,    HARRISBURG, PA 17108-1848
4246222         KONECRANES INC.,    P.O. BOX 641807,    PITTSBURGH, PA 15264-1807
4246224        +LSI GRAPHIC SOLUTIONS PLUS,    811 PARK EAST DRIVE,    WOODSOCKET , RI 02895-6112
4246227        +M. GLOSSER & SONS, INC.,    72 MESSENGER STREET,    JOHNSTOWN, PA 15902-2189
4246228         MACKS RESTAURANT, INC.,    4189 MOUNTAIN ROAD,    PASADENA, MD 21122-4455
4246230        +MARC ROBERTS, ESQUIRE,    149 EAST MARKET STREET,    YORK, PA 17401-1221
4246231       ++MARTIN LIMESTONE INC,    PO BOX 550,    BLUE BALL PA 17506-0550
                (address filed with court: MARTIN LIMESTONE, INC.,    P.O. BOX 550,    BLUE BELL, PA  17506)
4246232        +MCGIVNEY & KLUGER PC,    191 WOODPORT ROAD,    SUITE 210B,    SPARTA , NJ 07871-2645
4246233       #+MEF COMMERCIAL SERVICES,    4330 CARLISLE PIKE,    CAMP HILL, PA 17011-4127
4180445        +MICHAEL ROMAN, SR DEPUTY,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
                 HARRISBURG, PA 17120-0001
4246235         MORRIS & ADELMAN, PC,    1920 CHESTNUT STREET,    SUITE 300,    PHILADELPHIA, PA 19103-4620
4250318         Manufacturers and Traders Trust Co,    c/o Eugene Pepinsky Jr Esq,    PO Box 11963,
                 Harrisburg, PA 17108-1963
4246237        +NATIONWIDE RECOVERY SYSTEMS,    2304 TARPLEY DRIVE #134,    CARROLLTON, TX 75006-2470
4246238         NAUMAN SMITH,    P.O. BOX 840,    HARRISBURG, PA 17108-0840
4246241        +OVERHEAD DOOR,    576 GRANDVIEW DRIVE,    LEWISBERRY, PA 17339-9212
4246242        +PARAMOUNT CONTRACTING, INC.,    219 WITMER ROAD,    LANCASTER, PA 17602-1167
4246243        +PERRY COUNTY TAX CLAIM BUR,    P.O. BOX 63,    NEW BLOOMFIELD, PA 17068-0063
4246244         PPL ELECTRIC UTILITIES,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4246245        +PRINT O STAT,    5040 LOUISE DRIVE,    SUITE 110,    MECHANICSBURG, PA 17055-4897
4246246         PRINT-O-STAT, INC.,    P.O. BOX 15055,    YORK, PA 17405-7055
4246247        +PUCIN, FRIEDLAND & LESTAK, PC,    1699 E. WOODFIELD ROAD,    SUITE 360A,
                 SCHAUMBURG , IL 60173-4935
4244550        +Perry County Tax Claim,    25 W Main Street,    PO Box 37,    New Bloomfield PA 17068-0037
4246248        +QUALITY DIGITAL OFFICE,    2699 S QUEEN STREET,    YORK, PA 17402-4953
4246249        +R.F. FAGER CO,    2058 STATE ROAD,    CAMP HILL, PA 17011-5926
4246250        +RANDY PAUL & ASSOCIATES, INC.,    3738 PETERS MOUNTAIN ROAD,    HALIFAX, PA 17032-9038
4246251         RAUDENBUSH ENGINEERING, INC.,    28 SOUTH UNION STREET,    MIDDLETOWN, PA 17057
4246253         REASSURANCE AMERICA LIFE INSURANCE,    P.O. BOX 305153,    NASHVILLE, TN 37230-5153
4246254        +RECEIVABLE MANAGEMENT CORP,    400 WEST CUMMINGS PARK,    SUITE 4450,    WOBURN, MA 01801-6594
4246261         RECOVERY ONE,    C/O RECOVERY ONE,    P.O. BOX 20404,    COLUMBUS, OH 43220-0404
4246255         RHOADS & SINON LLP,    P.O. BOX 1146,    HARRISBURG, PA 17108-1146
4246256        +RICHARD E. KRALL, INC.,    P.O. BOX 59,    ROSSVILLE, PA 17358-0059
4246262        +SCHAEDLER  YESCO DISTRIBUTION,    PO BOX 4990,    HARRISBURG, PA 17111-0990
4246263        +SEATING CONSULTANTS, INC.,    323 PIERCE STREET NE,    MINNEAPOLIS, MN 55413-2511
4180447        +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4246264        +SECURITY FENCE COMPANY,    P.O. BOX 395,    RED LION, PA 17356-0395
4246266        +SHANK DOOR COMPANY,    P.O. BOX 338,    MYERSTOWN, PA 17067-0338
4246267        +SIRLIN GALLOGLY & LESSER,    123 SOUTH BROAD STREET,    SUITE 2100,    PHILADELPHIA, PA 19109-1042
4246268         SOLOMON AND SOLOMON,    P.O. BOX 2060,    SOUTHGATE, MI 48195-4060
4246269        +TECHNICAL AIRFLOW INC.,    75 STATE RT 23 N,    HAMBURG, NJ 07419-1408
4246270        +TESTING SERVICES, INC.,    1844 SWATARA STREET,    HARRISBURG, PA 17104-1255
4246271        +TIOGA COUNTY TAX CLAIM BUREAU,    TIOGA COUNTY COURTHOUSE,    118 MAIN STREET,
                 WELLSBORO, PA 16901-1461
4246272        +TRANSWORLD SYSTEM,    980 HARVEST DRIVE #202,    BLUE BELL, PA 19422-1955
4246275        +TRANSWORLD SYSTEMS INC.,    980 HARVEST DRIVE,    # 202,    BLUE BELL, PA 19422-1955
4246277        +TREVDAN BUILDING SUPPLY,    7940 GRAYSON ROAD,    HARRISBURG, PA 17111-5418
4180448         UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    P.O. BOX 11754,
                 HARRISBURG, PA 17108-1754
4180449         US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC 20530-0001
4246283       ++VALLEY SUPPLY INC,    PO BOX 599,    MECHANICSBURG PA 17055-0599
                (address filed with court: VALLEY SUPPLY, INC,    700 INDEPENDENCE AVE,
                 MECHANICSBURG, PA  17055)
4246284        +VALLEY VIEW MASONRY, INC.,    8199 MOUNTAIN ROAD,    HARRISBURG, PA 17112-8717
4246285       ++VERICORE LLC,    10115 KINCEY AVENUE,    SUITE 100,    HUNTERSVILLE NC 28078-6482
                (address filed with court: VERICORE, LLC,    10115 KINCEY AVE,    SUITE 100,
                 HUNTERSVILLE, NC  28078)
4246287        +VISUAL GRAPHIC SYSTEMS, INC.,    330 WASHINGTON AVE,    CARLSTADT , NJ 07072-2806
4250186        +VISUAL GRAPHIC SYSTEMS, INC.,    ALTSCHUL & ALTSCHUL,    18 EAST 12TH STREET #1A,
                 NEW YORK, NY 10003-4459
4246289        +WEST SHORE TAX BUREAU,    3607 ROSEMONT AVENUE,    CAMP HILL, PA 17011-6943
4246290         WHOLESALE COLLECTORS ASSOC,    P.O. BOX 48146,    NILES, IL 60714
4246291        +WOOLFORD LAW, PC.,    941 WHEATLAND AVE,    SUITE 402,    LANCASTER, PA 17603-3180
4842947        +Washington County Treasurer,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,
                 950 New Loudon Road, Suite 109,    Latham, NY 12110-2190
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: BASSASSOC.COM Aug 24 2018 23:03:00      ECAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    Mary Vanatta, Admin. Assistant,    3936 E Ft. Lowell Rd Ste 200,
                 Tucson, AZ 85712-1083
cr              EDI: RECOVERYCORP.COM Aug 24 2018 23:03:00      Recovery Management Systems Corporation,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4246155        +EDI: RMSC.COM Aug 24 2018 23:04:00      84 LUMBER COMPANY,    P.O. BOX 365,
                 EIGHTY FOUR, PA 15330-0365
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
4246157        +E-mail/Text: ndiv.bkrpt.notice@airgas.com Aug 24 2018 19:05:10      AIRGAS EAST INC,
                 27 NORTHWESTERN DRIVE,    SALEM, NH 03079-4809
4246159        +E-mail/Text: mark@altschul.biz Aug 24 2018 19:05:05      ALTSCHUL & ALTSCHUL,
                 18 EAST 12TH STREET,    NEW YORK, NY 10003-4458
4246163         EDI: BANKAMER.COM Aug 24 2018 23:04:00      BANK OF AMERICA,    P.O. BOX 982235,
                 EL PASO, TX  79998
4246174        +EDI: CAPITALONE.COM Aug 24 2018 23:04:00      CAP1/BSTBY,    P.O. BOX 5253,
                 CAROL STREAM, IL 60197-5253
4246179        +EDI: CHASE.COM Aug 24 2018 23:04:00      CHASE BANK USA, NA,    P.O. BOX 15298,
                 WILMINGTON, DE 19850-5298
4246186         E-mail/Text: cls-bankruptcy@wolterskluwer.com Aug 24 2018 19:05:23      CT CORPORATION,
                 P.O. BOX 4349,    CAROL STREAM, IL  60197-4349
4192046        +EDI: BASSASSOC.COM Aug 24 2018 23:03:00      Capital One, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
4246192         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 19:05:12      DEPARTMENT OF REVENUE,
                 BANKRUPTCY DIVISION,    DEPARTMENT 280946,    HARRISBURG, PA  17128-0496
4246200        +EDI: FORD.COM Aug 24 2018 23:03:00      FORD MOTOR CREDIT,    P.O. BOX 17948,
                 GREENVILLE, SC 29606-8948
4214358         EDI: RMSC.COM Aug 24 2018 23:04:00      GE Capital Retail Bank,    Attn: Ramesh Singh,
                 Recovery Management Sys Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4180441         EDI: IRS.COM Aug 24 2018 23:04:00      INTERNAL REVENUE SERVICE,    PO BOX 7346,
                 PHILADELPHIA, PA  19101-7346
4180442        +E-mail/Text: kab@jsdc.com Aug 24 2018 19:05:08      JAMES SMITH DIETTERICK & CONNE,
                 P.O. BOX 650,    HERSHEY, PA 17033-0650
4246226         E-mail/Text: camanagement@mtb.com Aug 24 2018 19:05:09      M&T BANK,    213 MARKET STREET,
                 HARRISBURG, PA  17105
4246225         E-mail/Text: camanagement@mtb.com Aug 24 2018 19:05:09      M&T BANK,    P.O. BOX 900,
                 MILLSBORO, DE  19966
4226124         E-mail/Text: camanagement@mtb.com Aug 24 2018 19:05:09      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
4246229        +E-mail/Text: shawn@mkadebt.com Aug 24 2018 19:05:08      MAKENNA KALI AND ASSOCIATES,
                 6115 E. GRANT ROAD,    TUCSON, AZ 85712-5828
4234845         EDI: BL-BECKET.COM Aug 24 2018 23:04:00      Main Street Acquisition Corp assignee of CHASE,
                 BANK USA N A,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4246236        +E-mail/Text: Bankruptcies@nragroup.com Aug 24 2018 19:05:27      NATIONAL RECOVERY AGENCY,
                 2491 PAXTON STREET,    HARRISBURG, PA 17111-1036
4246239        +E-mail/Text: bankruptcydepartment@tsico.com Aug 24 2018 19:05:24      NCO FINANCIAL SYSTEMS INC,
                 PO BOX 15630,    DEPT 15,    WILMINGTON, DE 19850-5630
4246240        +E-mail/Text: egssupportservices@alorica.com Aug 24 2018 19:05:16
                 NCO FINANCIAL SYSTEMS, INC.,    507 PRUDENTIAL ROAD,    HORSHAM, PA 19044-2308
4180446         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 19:05:11      PA DEPARTMENT OF REVENUE,
                 DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA  17128-0946
4245770         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 19:05:11
                 Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
4246252        +E-mail/Text: twilliams@reageradlerpc.com Aug 24 2018 19:05:06      REAGER & ADLER, PC,
                 2331 MARKET STREET,    CAMP HILL, PA 17011-4640
4246257        +E-mail/Text: support@rnacollects.com Aug 24 2018 19:05:19      RICHMOND NORTH ASSOCIATES, INC,
                 P.O. BOX 963,    4232 RIDGE LEA ROAD,    AMHERST , NY 14226-1050
4213881         EDI: RECOVERYCORP.COM Aug 24 2018 23:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4246273        +E-mail/Text: bankruptcydepartment@tsico.com Aug 24 2018 19:05:24      TRANSWORLD SYSTEMS,
                 2235 Mercury Way #225,    SANTA ROSA, CA 95407-5443
4246274        +E-mail/Text: bankruptcydepartment@tsico.com Aug 24 2018 19:05:24      TRANSWORLD SYSTEMS INC.,
                 9525 SWEET VALLEY DRIVE,    VALLEY VIEW, OH 44125-4237
4246276         E-mail/Text: bankruptcydepartment@tsico.com Aug 24 2018 19:05:24      TRANSWORLD SYSTEMS, INC.,
                 P.O. BOX 15618,    DEPT 938,    WILMINGTON, DE  19850-5618
4246279         E-mail/Text: bkrcy@ugi.com Aug 24 2018 19:05:23      UGI UTILITIES,    P.O. BOX 15523,
                 WILMINGTON, DE  19886-5523
4246280        +E-mail/PDF: sluna@ur.com Aug 24 2018 22:11:46      UNITED RENTALS,    6125 LAKEVIEW ROAD,
                 SUITE 300,    CHARLOTTE, NC 28269-2616
4246281         E-mail/Text: bankruptcy@unum.com Aug 24 2018 19:05:04      UNUM,    2211 CONGRESS STREET,
                 PORTLAND, ME  04122-0001
4246282        +EDI: USBANKARS.COM Aug 24 2018 23:03:00      US BANCORP,    BUSINESS EQUIPMENT FINANCE GRP,
                 1310 MADRID STREET,    MARSHALL, MN 56258-4001
4246286        +EDI: VERIZONCOMB.COM Aug 24 2018 23:04:00      VERIZON WIRELESS,    2401 MALL DRIVE,
                 NORTH CHARLESTON, SC 29406-6516
4246288         E-mail/Text: scd_bankruptcynotices@grainger.com Aug 24 2018 19:05:13      W.W. GRAINGER, INC.,
                 4320 LEWIS ROAD,    HARRISBURG, PA 17111-2538
4337110        +E-mail/Text: scd_bankruptcynotices@grainger.com Aug 24 2018 19:05:13      WW Grainger, INc.,
                 ATTN: Special Collections Dept.,    WW Grainger Inc.,    MES178839964798,    7300 N Melvina,
                 Niles IL 60714-3906
4492075        +EDI: BASSASSOC.COM Aug 24 2018 23:03:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
4492076        +EDI: BASSASSOC.COM Aug 24 2018 23:03:00      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ  85712,
                 eCAST Settlement Corporation,    c/o Bass & Associates, P.C. 85712-1083
                                                                                               TOTAL: 40
```

```
District/off: 0314-1          User: LyndseyPr             Page 4 of 4              Date Rcvd: Aug 24, 2018
                              Form ID: 3180W              Total Noticed: 156
```

***** BYPASSED RECIPIENTS (continued) *****

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
r                  United Country Realty Pioneers
4180440            FIRST NATIONAL BANK
4180444            M&T BANK
cr*               +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                   Tucson, AZ 85712-1083
cr*               +Facilities Planners + Architects,    4201 East Park Circle,    Harrisburg, PA 17111-2806
cr*              ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                  (address filed with court: M&T Bank,    1100 Wehrle Drive,    Williamsville, NY 14221)
4246205*           GREENBERG, GRANT & RICHARDS INC.,    P.O. BOX 571811,    HOUSTON, TX 77257-1811
4246162          ##+ATRADIUS COLLECTIONS INC.,    1200 ARLINGTON HEIGHTS RD,    SUITE 410,    ITASCA , IL 60143-3109
4246202          ##+GB COLLECTS, LLC,    145 BRADFORD DRIVE,    W. BERLIN, NJ 08091-9269
4246219          ##+KELLY SYSTEMS, INC.,    1441 STONERIDGE DRIVE,    MIDDLETOWN, PA 17057-5977
4246223          ##+LINK-BELT CONSTRUCTION EQUIPMENT,    7096 CARLISLE PIKE,    CARLISLE, PA 17015-8899
4246234           ##MONARCH RECOVERY MANAGEMENT, INC.,    10965 DECATUR ROAD,    PHILADELPHIA, PA  19154-3210
4246258          ##+RMS,    PO BOX 509,    RICHFIELD, OH 44286-0509
4246259          ##+RMS,    PO BOX 523,    RICHFIELD, OH 44286-0523
4246260          ##+ROSS GELFAND, LLC,    P.O. BOX 1870,    ROSWELL, GA 30077-1870
4246265          ##+SERVICE SUPPLY CORP,    7141 PAXTON STREET,    HARRISBURG, PA 17111-5125
4246278           ##U.S. FINANCIAL LIFE,    P.O. BOX 4763,    SYRACUSE, NY  13221-4763
                                                                                       TOTALS: 3, * 4, ## 10
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor    First National Bank amps@manleydeas.com
              Martin A Mooney    on behalf of Creditor    Washington County Treasurer ahight@schillerknapp.com,
               kcollins@schillerknapp.com;tshariff@schillerknapp.com;cmack@schillerknapp.com
              Richard W. Stewart    on behalf of Creditor    Cumberland County Tax Claim Bureau
               rstewart@johnsonduffie.com, bfetterhoff@johnsonduffie.com
              Robert E Chernicoff    on behalf of Debtor 2 Tracy E. McLain rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Perry L. Smith rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Steven C Gould    on behalf of Creditor    PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              Steven M Williams    on behalf of Creditor    Facilities Planners + Architects
               swilliams@cohenseglias.com, azortman@cohenseglias.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 12
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Perry L. Smith** | Social Security number or ITIN xxx−xx−9570 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tracy E. McLain** | Social Security number or ITIN xxx−xx−4800 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:12−bk−05337−RNO** | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Perry L. Smith                                    Tracy E. McLain

**By the court:**

August 24, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: LyndseyPrice, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                            **Chapter 13 Discharge**                            page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**