UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA
HARRISBURG DIVISION

In re: PERRY L. SMITH         § Case No. 1:12-bk-05337
       TRACY E. MCLAIN        §
                              §
           Debtor(s)           §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

CHARLES J. DEHART, III, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 09/11/2012.

2) The plan was confirmed on 08/01/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/26/2014, 09/23/2014, 09/09/2015, 10/16/2015.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 05/14/2018.

6) Number of months from filing or conversion to last payment: 68.

7) Number of months case was pending: 72.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $182,225.00.

10) Amount of unsecured claims discharged without full payment: $2,442,239.05.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 205,127.98 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 205,127.98 |

| Expenses of Administration: | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 15,382.48 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 11,960.98 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 27,343.46 |
| Attorney fees paid and disclosed by debtor(s): | $ 7,011.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ROBERT E. CHERNICOFF, ESQUIRE | Lgl | 0.00 | 19,893.48 | 22,393.48 | 15,382.48 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 167,090.22 | 124,333.47 | 124,333.47 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 209,846.97 | 85,513.50 | 1,205.42 | 0.00 |
| FIA CARD SERVICES | Uns | 13,644.00 | 13,644.11 | 27,288.22 | 384.66 | 0.00 |
| M & T BANK | Sec | 167,008.91 | 167,008.91 | 0.00 | 0.00 | 0.00 |
| M & T BANK | Sec | 99,996.00 | 99,454.41 | 17,872.99 | 17,872.99 | 0.00 |
| M & T BANK | Sec | 108,804.00 | 108,804.43 | 0.00 | 0.00 | 0.00 |
| BECKET & LEE | Uns | 0.00 | 6,082.16 | 6,082.16 | 85.73 | 0.00 |
| ECAST | Uns | 0.00 | 743.52 | 743.52 | 10.48 | 0.00 |
| PERRY COUNTY TAX CLAIM | Sec | 7,890.00 | 13,156.81 | 7,927.29 | 7,927.29 | 0.00 |
| FACILITIES PLANNER & | Sec | 0.00 | 14,084.83 | 0.00 | 0.00 | 0.00 |
| COMMONWEALTH OF | Pri | 19,745.60 | 9,169.80 | 6,633.38 | 6,633.38 | 0.00 |
| COMMONWEALTH OF | Uns | 0.00 | 11,706.12 | 5,072.44 | 71.50 | 0.00 |
| FIRST NATIONAL BANK | Uns | 0.00 | 1,355,337.25 | 1,355,337.28 | 19,105.14 | 0.00 |
| FIRST NATIONAL BANK | Sec | 0.00 | 303,110.61 | 0.00 | 0.00 | 0.00 |
| VISUAL GRAPHIC SYSTEMS INC | Uns | 2,430.00 | 2,430.00 | 0.00 | 0.00 | 0.00 |
| EUGENE E PEPINSKY, JR. ESQ | Sec | 0.00 | 681,150.66 | 0.00 | 0.00 | 0.00 |
| CUMBERLAND COUNTY TAX | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| TIOGA COUNTY TAX CLAIM | Pri | 12,000.00 | 10,934.31 | 0.00 | 0.00 | 0.00 |
| WW GRAINGER INC | Uns | 1,125.74 | 1,104.26 | 0.00 | 0.00 | 0.00 |
| CUMBERLAND COUNTY TAX CL. | Sec | 0.00 | 7,080.77 | 7,080.77 | 0.00 | 0.00 |
| HERSHOCKS INC. | Uns | 0.00 | 10,958.12 | 10,958.12 | 154.46 | 0.00 |
| FIRST NATIONAL BANK | Sec | 287,978.10 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Sec | 372,631.87 | NA | NA | 0.00 | 0.00 |
| BUREAU OF BUSINESS TRUST | Pri | 2,293.75 | NA | NA | 0.00 | 0.00 |
| EAST PENNSBORO TOWNSHIP | Pri | 290.95 | NA | NA | 0.00 | 0.00 |
| M & T BANK | Sec | 254,201.01 | NA | NA | 0.00 | 0.00 |
| WEST SHORE TAX BUREAU | Pri | 2,526.79 | NA | NA | 0.00 | 0.00 |
| 84 LUMBER CO | Uns | 1,370.43 | NA | NA | 0.00 | 0.00 |
| AIRGAS EAST INC | Uns | 96.22 | NA | NA | 0.00 | 0.00 |
| ALPHA CONSULTING ENGINEERS | Uns | 1,394.50 | NA | NA | 0.00 | 0.00 |
| ARS CONTRACTORS INC | Uns | 29,551.69 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PRODUCTS SERVICES | Uns | 148.84 | NA | NA | 0.00 | 0.00 |
| BANNER LIFE INS CO | Uns | 4,191.50 | NA | NA | 0.00 | 0.00 |
| BOGER CONCRETE | Uns | 6,523.55 | NA | NA | 0.00 | 0.00 |
| BORTEK INDUSTRIES INC | Uns | 476.50 | NA | NA | 0.00 | 0.00 |
| C2C RESOURCES LLC | Uns | 1,427.06 | NA | NA | 0.00 | 0.00 |
| CAP1/BSTY | Uns | 156.00 | NA | NA | 0.00 | 0.00 |
| CAPITOL DOOR & HARDWARE CO | Uns | 56,493.66 | NA | NA | 0.00 | 0.00 |
| CENTIMARK | Uns | 614.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL PENN DRYWALL INC | Uns | 13,554.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 3,041.00 | NA | NA | 0.00 | 0.00 |
| CITICARDS | Uns | 7,318.96 | NA | NA | 0.00 | 0.00 |
| CLAIR DANIELS | Uns | 24,608.87 | NA | NA | 0.00 | 0.00 |
| COZZENS CONSTRUCTION CO | Uns | 15,363.00 | NA | NA | 0.00 | 0.00 |
| CPR ELECTRIC & ALARM CO | Uns | 13,315.25 | NA | NA | 0.00 | 0.00 |
| CT CORP | Uns | 323.00 | NA | NA | 0.00 | 0.00 |
| D&S LTD | Uns | 3,369.40 | NA | NA | 0.00 | 0.00 |
| DAL INC | Uns | 5,230.76 | NA | NA | 0.00 | 0.00 |
| DAUPHIN ELECTRIC | Uns | 594.38 | NA | NA | 0.00 | 0.00 |
| DE LAGE LANDEN FINANCIAL | Uns | 10,747.90 | NA | NA | 0.00 | 0.00 |
| DRAPERIES PLUS | Uns | 4,854.80 | NA | NA | 0.00 | 0.00 |
| EAST PENNSBORO TOWNSHIP | Uns | 252.45 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ENGINUITY LLC | Uns | 12,153.00 | NA | NA | 0.00 | 0.00 |
| F & M DESIGNS INC | Uns | 2,203.01 | NA | NA | 0.00 | 0.00 |
| FACILITIES PLANNERS & | Uns | 8,148.00 | NA | NA | 0.00 | 0.00 |
| FEDEX | Uns | 118.84 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Uns | 1,510.00 | NA | NA | 0.00 | 0.00 |
| FROMM ELECTRIC SUPPLY | Uns | 246.45 | NA | NA | 0.00 | 0.00 |
| GR MONN ELECTRIC | Uns | 37,850.00 | NA | NA | 0.00 | 0.00 |
| GREENBERG GRANT & RICHARDS | Uns | 678.40 | NA | NA | 0.00 | 0.00 |
| H L BOWMAN INC | Uns | 95,898.35 | NA | NA | 0.00 | 0.00 |
| HAMILTON & MUSSER PC | Uns | 2,369.52 | NA | NA | 0.00 | 0.00 |
| HARRISBURG GLASS LLC | Uns | 37,730.59 | NA | NA | 0.00 | 0.00 |
| HEALTH ASSURANCE PA INC | Uns | 5,100.15 | NA | NA | 0.00 | 0.00 |
| HERSHOCKS INC | Uns | 5,479.06 | NA | NA | 0.00 | 0.00 |
| HOOVER ENGINEERING SERVICES | Uns | 2,663.52 | NA | NA | 0.00 | 0.00 |
| INGERSOLL RAND | Uns | 8,700.44 | NA | NA | 0.00 | 0.00 |
| INNERSPACE FLOOR TO CEILING | Uns | 32,567.49 | NA | NA | 0.00 | 0.00 |
| INTERSTATE WASTE SERVICES | Uns | 447.74 | NA | NA | 0.00 | 0.00 |
| J & J MATERIAL HANDLING | Uns | 29,410.10 | NA | NA | 0.00 | 0.00 |
| KELLY SYSTEMS INC | Uns | 38,307.00 | NA | NA | 0.00 | 0.00 |
| KONECRANES INC | Uns | 56,278.00 | NA | NA | 0.00 | 0.00 |
| LINK BELT CONSTRUCTION | Uns | 6,475.00 | NA | NA | 0.00 | 0.00 |
| LSI GRPHIC SOLUTIONS PLUS | Uns | 10,889.00 | NA | NA | 0.00 | 0.00 |
| M GLOSSER & SONS INC | Uns | 8,380.33 | NA | NA | 0.00 | 0.00 |
| MARTINE LIMESTONE INC | Uns | 404.33 | NA | NA | 0.00 | 0.00 |
| M&F COMMERCIAL SERVICES | Uns | 660.68 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY | Uns | 3,369.10 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 96.78 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 643.53 | NA | NA | 0.00 | 0.00 |
| OVERHEAD DOOR | Uns | 50,485.98 | NA | NA | 0.00 | 0.00 |
| PARAMOUNT CONTRACTING INC | Uns | 67,866.59 | NA | NA | 0.00 | 0.00 |
| PP&L ELECTRIC UTILITIES | Uns | 1,239.00 | NA | NA | 0.00 | 0.00 |
| PRINT O STAT | Uns | 495.55 | NA | NA | 0.00 | 0.00 |
| QUALITY DIGITAL OFFICE | Uns | 135.36 | NA | NA | 0.00 | 0.00 |
| R F FAGER CO | Uns | 509.68 | NA | NA | 0.00 | 0.00 |
| RANDY PAUL & ASSOC INC | Uns | 11,523.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RAUDENBUSH ENGINEERING INC | Uns | 11,113.47 | NA | NA | 0.00 | 0.00 |
| REASSURANCE AMERICA LIFE INS | Uns | 1,100.00 | NA | NA | 0.00 | 0.00 |
| RICHARD E KRALL INC | Uns | 1,296.00 | NA | NA | 0.00 | 0.00 |
| RMS | Uns | 388.75 | NA | NA | 0.00 | 0.00 |
| ROSS GELFAND LLC | Uns | 632.77 | NA | NA | 0.00 | 0.00 |
| RECOVERY ONE | Uns | 822.60 | NA | NA | 0.00 | 0.00 |
| SCHAEDLER YESCO DIST | Uns | 1,226.40 | NA | NA | 0.00 | 0.00 |
| SEATING SONSULTANTS INC | Uns | 26,074.10 | NA | NA | 0.00 | 0.00 |
| SECURITY FENCE CO | Uns | 24,214.75 | NA | NA | 0.00 | 0.00 |
| SERVICE SUPPLY CORP | Uns | 927.68 | NA | NA | 0.00 | 0.00 |
| SHANK DOOR CO | Uns | 71,790.18 | NA | NA | 0.00 | 0.00 |
| SHANK DOOR CO | Uns | 50,000.00 | NA | NA | 0.00 | 0.00 |
| TECHINCAL AIRFLOW INC | Uns | 856.00 | NA | NA | 0.00 | 0.00 |
| TESTING SERVICES INC | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 5,775.26 | NA | NA | 0.00 | 0.00 |
| TRAVDAN BUILDING SUPPLY | Uns | 8,822.08 | NA | NA | 0.00 | 0.00 |
| US FINANCIAL LIFE | Uns | 1,555.00 | NA | NA | 0.00 | 0.00 |
| UGI UTILITIES | Uns | 360.52 | NA | NA | 0.00 | 0.00 |
| UNITED RENTALS | Uns | 570.08 | NA | NA | 0.00 | 0.00 |
| UNUM | Uns | 2,035.66 | NA | NA | 0.00 | 0.00 |
| US BANCORP | Uns | 18,100.10 | NA | NA | 0.00 | 0.00 |
| VALLEY SUPPLY INC | Uns | 1,103.47 | NA | NA | 0.00 | 0.00 |
| VALLEY VIEW MASONRY INC | Uns | 5,799.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 2,364.16 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 17,872.99 | $ 17,872.99 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 15,008.06 | $ 7,927.29 | $ 0.00 |
| **TOTAL SECURED:** | $ 32,881.05 | $ 25,800.28 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 130,966.85 | $ 130,966.85 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 130,966.85 | $ 130,966.85 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 1,490,995.24 | $ 21,017.39 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 27,343.46 |
| Disbursements to Creditors | $ 177,784.52 |
| **TOTAL DISBURSEMENTS:** | $ 205,127.98 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 09/11/2018    By: /s/ CHARLES J. DEHART, III
                          STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)